# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5255**                                    **September Term, 2025**

**1:25-cv-01553-UNA**

**Filed On:** March 18, 2026

Ronald Satish Emrit, Presidential Candidate
Number P60005535,

        Appellant

    v.

Federal Reserve Bank, et al.,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett, Pan, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's June 16, 2025 order dismissing appellant's complaint be affirmed.  The district court correctly concluded that, as a pro se litigant, appellant may not assert claims on behalf of other potential plaintiffs or class members.  See Georgiades v. Martin-Trigona, 729 F.2d 831, 834 (D.C. Cir. 1984).  The district court also correctly concluded that appellant failed to allege in his complaint any particularized injury to himself resulting from appellees' alleged actions, and that he therefore failed to establish standing under Article III of the Constitution.  See Lujan v. Defs. of Wildlife, 504 U.S. 555, 573-74 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 25-5255

## September Term, 2025

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk